IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:08-CV-239-FL

LARRY L. MORRIS, JR.,                )
                                     )
          Plaintiff,                 )
                                     )
     v.                              )
                                     )          ORDER
OFFICER J. B. EDMONDS, individually  )
and in his official capacity with the Rocky )
Mount Police Department; and THE CITY )
OF ROCKY MOUNT, N.C.,                )
                                     )
          Defendants.                )

        This matter is before the court on the Memorandum and Recommendation ("M&R") of

United States Magistrate Judge David W. Daniel, regarding defendants' motion for sanctions and

alternative motion to compel (DE #39). No objections to the M&R have been filed, and the time

within which to make any objection has expired. This matter is ripe for ruling.

        The court hereby ADOPTS the recommendation of Magistrate Judge Daniel as its own,

except as otherwise provided in this order. For the reasons stated in the M&R, defendants' motion

for sanctions is DENIED, and defendants' alternative request for an order to compel is GRANTED.

Due to the time passed to allow for objection from parties and for proper consideration of the issues

presented in the M&R, the court orders that plaintiff is compelled to respond to all outstanding

discovery on or before **April 30, 2009.** Additionally, the date by which all discovery is to be

commenced or served in time to be completed is **May 14, 2009**. As stated in the M&R, in light of

this court's earlier consideration of defense counsel's upcoming maternity leave when setting the

discovery deadlines, to the extent this extension of discovery deadlines causes hardship to defense

counsel, the court will consider further extension to prevent prejudice to defendant.

SO ORDERED this the 17th day of April, 2009.

_____
LOUISE W. FLANAGAN
Chief United States District Judge